No. 42941.—Protests 970849–G, etc., of Hearn Dept. Stores, Inc., et al. (New York).

Opinion by Evans, J.   On the records presented the protests were overruled.

Before the First Division, January 4, 1940

No. 42942.—Protest 3351–K of Georg Jensen Handmade Silverware, Inc. (New York).

Opinion by Brown, J.   In accordance with stipulation of counsel and on the authority of *United States* v. *Heinrich Herrmann* (26 C. C. P. A. 292, C. A. D. 30) the clothes brushes in question were held dutiable at 50 percent under paragraph 1506 as claimed.

No. 42943.—Protest 3962–K of Gibson Thomsen, Inc. (New York).

Opinion by Brown, J.   In accordance with stipulation of counsel and on the authority of *United States* v. *Heinrich Herrmann* (26 C. C. P. A. 292, C. A. D. 30) the clothes brushes in question were held dutiable at 50 percent under the same paragraph.

No. 42944.—Protests 848366–G/10908, etc., of Standard Oil Co. of Louisiana (New Orleans).

Opinion by Brown, J.   In accordance with stipulation of counsel and on the authority of *Standard Oil Co.* v. *United States* (3 Cust. Ct. 39, C. D. 199) the protests were sustained.

No. 42945.—Protest 850762–G of Bookstaver Burns Lumber Co. (Los Angeles).

Opinion by Brown, J.   In accordance with stipulation of counsel and on the authority of *Laurence Phillips Lumber Co.* v. *United States* (T. D. 49624) and *United States* v. *Myers* (24 C. C. P. A. 156, T. D. 48640), the protest was sustained.

No. 42946.—Protest 689908–G of Laurence Phillips Lumber Co. (Los Angeles).

Opinion by Brown, J.   In accordance with stipulation of counsel and on the authority of *Laurence Phillips Lumber Co.* v. *United States* (T. D. 49624) and *United States* v. *Myers* (24 C. C. P. A. 156, T. D. 48640), the protest was sustained.